JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>BASE POINT GENERAL ENGINEERING, a California corporation,<br><br>　　　　　　　　Defendant. | Case No 8:24-cv-00053-SB-DFM<br><br>**JUDGMENT BY STIPULATION**<br><br>**[Hon. Stanley Blumenfeld Jr.]**<br><br>No Hearing Date |

　　Pursuant to the settlement between the parties, and the Stipulation for Entry of Judgment filed at Dkt. No. 44, the Court approves the Stipulation, and enters JUDGMENT on Plaintiff's Complaint against Defendant, as follows:

　/ / /

-1-

1. **[FIRST CLAIM DISMISSED]** The First Claim, for Specific Performance of Obligation to Produce Records for Audit, is DISMISSED as moot.

2. **[SECOND CLAIM JUDGMENT]** Judgment is entered on the Second Claim for Delinquent Contributions to Employee Benefit Plans, under 29 U.S.C. §§ 185(a), 1132(g)(2) and 1145, in FAVOR of Plaintiff Construction Laborers Trust Funds for Southern California Administrative Company, and AGAINST Defendant Base Point General Engineering (the Employer), for the total sum of $186,647.28.

3. **[JUDGMENT COVERS ALL CLAIMS]** This Judgment encompasses all claims which were, or could have been, raised in the Complaint in this action, against the Employer or any officer, director or shareholder of the Employer, and any other claims which could have been raised based on any collective bargaining agreement between the Employer and the Southern California District Council of Laborers and its Affiliated Locals (not a party here), which may have arisen through the date of this Judgment, whether known or unknown. The parties specifically waive any claims for attorney's fees or costs, except that Plaintiff may seek attorney's fees and costs for enforcement of this judgment, against the Employer only, in accordance with applicable law and procedures.

IT IS SO ORDERED.

DATED: October 28, 2024

_____
Stanley Blumenfeld Jr.
United States District Judge